■ CARLTON FOSTER, Petitioner, v RAYMOND KELLY, as Commissioner of the New York City Police Department, et al., Respondents. [864 NYS2d 914]—Determination of respondent Commissioner, dated April 26, 2007, terminating petitioner's employment as a police officer, unanimously confirmed, the petition denied, and this CPLR article 78 proceeding (transferred to this Court by order of Supreme Court, New York County [Shirley Werner Kornreich, J.], entered March 3, 2008), dismissed, without costs.

The findings that petitioner made false and misleading statements to Department investigators and attempted to influence the testimony of a witness in an official investigation are supported by substantial evidence (*see 300 Gramatan Ave. Assoc. v*

*State Div. of Human Rights*, 45 NY2d 176 [1978]). There is no basis for disturbing the hearing officer's findings of credibility (*see Matter of Berenhaus v Ward*, 70 NY2d 436, 443-444 [1987]). The penalty of dismissal from employment does not shock the judicial conscience (*see Matter of Kelly v Safir*, 96 NY2d 32 [2001]). Concur—Mazzarelli, J.P., Catterson, McGuire, Acosta and Renwick, JJ.